JS-6

**KLINGMAN LAW, LLC**
PATRICK A. KLINGMAN (admitted *pro hac vice*)
E-mail: pak@klingmanlaw.com
196 Trumbull Street, Suite 510
Hartford, Connecticut 06103-2207
Tel: (860) 256-6120

**BYRNE & NIXON LLP**
MARK A. BYRNE (CA SB#116657)
E-mail: markbyrne@byrnenixon.com
JENNIFER L. DERWIN (CA SB#222420)
E-mail: jenniferderwin@byrnenixon.com
888 West Sixth Street, Suite 1100
Los Angeles, California 90017
Tel: (213) 620-8003
Fax: (213) 620-8012

Attorneys for Defendant & Counterclaim Plaintiff
COSTCOMMAND, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PRS SOFTWARE SOLUTIONS, INC., and FULL THROTTLE FILMS, INC., d/b/a VIDEO EQUIPMENT RENTALS,<br><br>               Plaintiffs,<br><br>   vs.<br><br>COSTCOMMAND, LLC,<br><br>              Defendant. | CASE NO. 2:14-cv-08817-PA-AGR<br><br>**ORDER RE DISMISSAL OF ACTION**<br><br>Judge: Hon. Percy Anderson<br>Ctrm: 15 |
| AND RELATED COUNTERCLAIM. | |

[PROPOSED] ORDER RE DISMISSAL OF ACTION

**<u>ORDER</u>**

Pursuant to the Stipulation of the parties, the above-captioned action is hereby dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii) with each party to bear its own fees and costs.

IT IS SO ORDERED.


Dated:  September 28, 2015

_____

Hon. Percy Anderson, U.S. District Court Judge

- 1 -